UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURT L. ROBINSON,

        Plaintiff,

                                                  File no: 1:17-CV-440

v.

                                                  HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
                                /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation (ECF No.28) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's motion for allowance of attorney fees (ECF No. 23) is **GRANTED IN PART**. Defendant shall pay Plaintiff attorney fees in the amount of **$2,868.75**.


Date:   May 14, 2019                          /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                             CHIEF UNITED STATES DISTRICT JUDGE